# EXHIBIT A

Dept. 96307
PO Box 1259
Oaks, PA 19456

March 31, 2016

JOSHUA D KAVELAK
101 SPANIEL CT
TOWNSEND DE 19734-9032

103093 - 4138

Van Ru Credit Corporation
1350 E Touhy Ave STE 300E
Des Plaines IL 60018-3342
877-278-0017
Hours of Operation: Mon 7am-11pm  Tue-Fri 7am-9pm
Sat 8am-12pm CT
**ACCOUNT INFORMATION**
**VAN RU ACCOUNT NUMBER**
40966825
**CURRENT BALANCE DUE**
$3413.54

## Settle Your Account in 2 or 3 Payments!

**Creditor:** Discover Bank

Discover Card Acct#             Balance
****************9050            3413.54

In an effort to resolve this debt, we are offering two different settlement options.

**Option 1:** Our client will allow you to settle your account(s) for $614.46, in 2 payments of $307.23 each, starting on 04/15/16. Each subsequent payment must be received within thirty (30) days of receipt of the prior payment. Upon receipt and clearance of the 2 payments of $307.23, the above referenced account(s) will be satisfied and closed and, upon request, a settlement in full letter will be sent. We are not obligated to renew this offer.

**Option 2:** Our client will allow you to settle your account(s) for $921.69, in 3 payments of $307.23 each, starting on 04/15/16. Each subsequent payment must be received within thirty (30) days of receipt of the prior payment. Upon receipt and clearance of the 3 payments of $307.23, the above referenced account(s) will be satisfied and closed and, upon request, a settlement in full letter will be sent. We are not obligated to renew this offer.

If you have any questions, or wish to discuss your account or payment options, you may contact us at 877-278-0017.

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Van Ru Credit Corporation**

Due to the age of your account, Discover Bank is not able to file suit against you, but if you take specific action such as making a payment or making a written promise to pay, the time for filing a suit will be reset. We would like to work with you to resolve your account balance.

Settling a debt for less than the balance owed may have tax consequences for you. If the amount forgiven is $600 or more, Discover may need to file a 1099C form with the IRS. We cannot provide you with tax advice. If you have any questions, we encourage you to consult a tax adviser of your choosing.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

**Pay Online:** www.vanruezpay.com
To access your accounts online, your User ID is 440966825 and your PIN Number is 6274465.

**Pay by Phone:** Please call Van Ru Credit Corporation toll-free at 877-278-0017. We offer check by phone and Money Gram.

**Pay by Mail:** Send payments to Van Ru, PO Box 1612, Des Plaines IL 60017

103093-4730-4138